In re:

Adam Lavigne

Brittanie Lavigne

    Debtors

Case No. 26-31835-jpg

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0647-3                 User: admin               Page 1 of 3

Date Rcvd: Aug 06, 2026          Form ID: 309I           Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/db | + | Adam Lavigne, Brittanie Lavigne, 673 Sandstone Dr, Perrysburg, OH 43551-2088 |
| 28632209 | + | City of Perrysburg, 211 E Boundary St, Perrysburg, OH 43551-2758 |
| 28632216 | + | Meijer Mastercard, PO Box 6069, Carol Stream, IL 60197-6069 |
| 28632219 | | Ohio Treasurer of State, P.O. Box 165009, Columbus, OH 43216-5009 |
| 28632220 | + | Perrysburg City Income Tax Commissioner, 201 W Indiana Ave, Perrysburg, OH 43551-1525 |
| 28632221 | + | Precision Orthodontics, 13022 Pearl Rd, Strongsville, OH 44136-3446 |
| 28632234 | | UCB Intelligent Solutions, PO Box 1280, Oaks, PA 19456-1280 |
| 28632237 | + | Wood County Common Pleas, 1 Courthouse Square, Bowling Green, OH 43402-2427 |
| 28632238 | | zip inc, ATTN: Arbitration Demand, Legal Operatio, 228 Park Ave S, Superior, MT 59872 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| aty | | Email/Text: tayloru@ohattorneys.com | Aug 06 2026 21:48:00 | Adrienne Marie Hines, Wisehart, Wright Co LPA, 502 West Washington, Sandusky, OH 44870 |
| tr | + | Email/Text: 13ECFNotices@chapter13toledo.com | Aug 06 2026 21:49:00 | Elizabeth A. Vaughan, Standing Ch 13 Trustee N. District of OH, 501 Toledo Building, 316 N. Michigan Street, Ste 501, Toledo, OH 43604-5666 |
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | Aug 06 2026 21:49:00 | Cynthia J. Thayer, US Department of Justice, 201 Superior Avenue, Suite 441, Cleveland, OH 44114-1234 |
| 28632198 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 06 2026 21:50:56 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 28632199 | ^ | MEBN | Aug 06 2026 21:40:24 | Afterpay, Attn Legal Afterpay us services llc, 1955 Broadway Suite 204, Oakland, CA 94612-2205 |
| 28632200 | ^ | MEBN | Aug 06 2026 21:41:17 | Athletico LTD, PO BOX 74007003, Chicago, IL 60674-7003 |
| 28632201 | + | EDI: CITICORP | Aug 07 2026 01:30:00 | Best Buy/Cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 28632206 | | Email/Text: BKBCNMAIL@carringtonms.com | Aug 06 2026 21:48:00 | Carngtn Mtg, 15 Enterprise St, Aliso Viejo, CA 92656 |
| 28632207 | + | Email/Text: bankruptcynotices@cbecompanies.com | Aug 06 2026 21:49:00 | CBE Group, 131 Tower Park Dri P.O. Box 900, Waterloo, IA 50704-0900 |
| 28632210 | | Email/Text: bankruptcyColumbia@nisource.com | Aug 06 2026 21:48:00 | Columbia Gas, PO Box 4629 Carol Stream, Carol Stream, IL 60197 |
| 28632202 | + | EDI: CAPITALONE.COM | Aug 07 2026 01:30:00 | Cap1/Kohls, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 28632203 | + | EDI: CAPITALONE.COM | | |

| | | | |
|---|---|---|---|
| | | Aug 07 2026 01:30:00 | Cap1/Mnrds, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 28632204 | + EDI: CAPITALONE.COM | Aug 07 2026 01:30:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 28632205 | + EDI: CAPITALONE.COM | Aug 07 2026 01:30:00 | Capital One Bank Usa, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 28632208 | + EDI: CITICORP | Aug 07 2026 01:30:00 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 28632211 | + Email/PDF: creditonebknotifications@resurgent.com | Aug 06 2026 21:51:04 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 28632213 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 06 2026 21:49:00 | Deptednelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 28632214 | + Email/Text: EBN@edfinancial.com | Aug 06 2026 21:48:00 | Edfinancial, P.O. Box 30159, Knoxville, TN 37930-0159 |
| 28632215 | Email/Text: info@meadeandassociates.com | Aug 06 2026 21:48:00 | Meade & Associates, 737 Enterprise Dr, Lewis Center, OH 43035 |
| 28632217 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 06 2026 21:50:54 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 28632218 | Email/Text: cory@montgomerylynch.com | Aug 06 2026 21:49:00 | Montgomery Lynch & Associates Inc, P.O. Box 22720, Beachwood, OH 44122-0720 |
| 28632222 | + Email/Text: customerservicecalls@promedica.org | Aug 06 2026 21:49:00 | Promedica, Attn: Bankruptcy Noticing, 2142 N. Cove Blvd, Toledo, OH 43606-3895 |
| 28632229 | Email/Text: bankruptcy@sunbit.com | Aug 06 2026 21:48:00 | Tab/Sunbit, 10940 Wilshire Blvd, Los Angeles, CA 90024 |
| 28632223 | ^ MEBN | Aug 06 2026 21:40:28 | Scheer, Green and Burke, Co. L.P.A., 520 Madison Avenue, P.O. Box 1335, Toledo, OH 43603-1335 |
| 28632224 | + EDI: SYNC | Aug 07 2026 01:30:00 | Syncb/Car Care Disc Ti, Po Box 71757, Philadelphia, PA 19176-1757 |
| 28632225 | + EDI: SYNC | Aug 07 2026 01:30:00 | Syncb/Carecr, Po Box 71757, Philadelphia, PA 19176-1757 |
| 28632226 | + EDI: SYNC | Aug 07 2026 01:30:00 | Syncb/Furn, Po Box 71757, Philadelphia, PA 19176-1757 |
| 28632227 | + EDI: SYNC | Aug 07 2026 01:30:00 | Syncb/Lowes, Po Box 71746, Philadelphia, PA 19176-1746 |
| 28632228 | + EDI: SYNC | Aug 07 2026 01:30:00 | Syncb/Vrzn, Po Box 71746, Philadelphia, PA 19176-1746 |
| 28632230 | + EDI: WTRRNBANK.COM | Aug 07 2026 01:30:00 | Td Bank Usa/Targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 28632231 | + EDI: CITICORP | Aug 07 2026 01:30:00 | Thd/Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 28632232 | + Email/Text: pdawson@toledoclinic.com | Aug 06 2026 21:49:00 | The Toledo Clinic, 4235 Secor Road, Toledo, OH 43623-4299 |
| 28632233 | + Email/Text: bankruptcy@firstenergycorp.com | Aug 06 2026 21:49:00 | Toledo Edison, 76 S. Main Street, Akron, OH 44308-1817 |
| 28632235 | + EDI: VERIZONCOMB.COM | Aug 07 2026 01:30:00 | Verizon Wireless, ATTN: Bankruptcy Adminstration, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 28632236 | + EDI: WFAUTO | Aug 07 2026 01:30:00 | Wfbna Auto, Po Box 71092, Charlotte, NC 28272-1092 |
| 28632212 | + Email/Text: cscbk@creditservicecompany.com | Aug 06 2026 21:49:00 | credit service company, PO Box 1120, Colorado Springs, CO 80901-1120 |

26-31835-jpg    Doc 12    FILED 08/08/26    ENTERED 08/09/26 00:10:21    Page 2 of 5

District/off: 0647-3

Date Rcvd: Aug 06, 2026

TOTAL: 36

User: admin

Form ID: 309I

Page 3 of 3

Total Noticed: 45

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2026

Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adrienne Marie Hines | on behalf of Debtor Brittanie Lavigne tayloru@ohattorneys.com adrienneh@ohattorneys.com;4168@notices.nextchapterbk.com;tayloru@ohattorneys.com |
| Adrienne Marie Hines | on behalf of Debtor Adam Lavigne tayloru@ohattorneys.com adrienneh@ohattorneys.com;4168@notices.nextchapterbk.com;tayloru@ohattorneys.com |
| Elizabeth A. Vaughan | 13ECFNotices@chapter13toledo.com  trusteeOHNB5T@ecf.epiqsystems.com |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|

| | | | |
|---|---|---|---|
| Debtor 1: | Adam Lavigne | Social Security number or ITIN: | xxx–xx–6674 |
| | First Name    Middle Name    Last Name | EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2: (Spouse, if filing) | Brittanie Lavigne | Social Security number or ITIN: | xxx–xx–6309 |
| | First Name    Middle Name    Last Name | EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: Northern District of Ohio | | Date case filed for chapter: 13    8/4/26 | |
| Case number: 26–31835–jpg | | | |

## Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Adam Lavigne | Brittanie Lavigne |
| 2. | **All other names used in the last 8 years** | | fka Brittanie Siler |
| 3. | **Address** | 673 Sandstone Dr Perrysburg, OH 43551 | 673 Sandstone Dr Perrysburg, OH 43551 |
| 4. | **Debtor's attorney** Name and address | Adrienne Marie Hines Wisehart, Wright Co LPA 502 West Washington Sandusky, OH 44870 | Contact phone 419–625–7770 Email: tayloru@ohattorneys.com |
| 5. | **Bankruptcy trustee** Name and address | Elizabeth A. Vaughan Standing Ch 13 Trustee N. District of OH 501 Toledo Building 316 N. Michigan Street Ste 501 Toledo, OH 43604 | Contact phone 419–255–0675 Email: 13ECFNotices@chapter13toledo.com |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  https://pacer.uscourts.gov www.ohnb.uscourts.gov | United States Bankruptcy Court 405 Madison Ave Room 604 Toledo, OH 43604 | Hours open: 9:00 AM – 4:00 PM  Contact phone 419–213–5600  Date: 8/6/26 |

**For more information, see page 2**

| **7. Meeting of creditors** | **October 8, 2026 at 09:00 AM** | |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** **Valid photo identification required** ***<br>*** **Proof of Social Security Number required** *** | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Click on JOIN or call: 1–567–772–4752., Enter Meeting ID: 355 393 3101, and Passcode: 0585749407**<br><br>For additional meeting information, go to https://www.justice.gov/ust/moc. |

| **8. Deadlines** | | |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** | **Filing deadline: 12/7/26** |
| | **You must file:** | |
| | • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or | |
| | • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/13/26** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 1/31/27** |
| | **Deadline to File an Objection to Confirmation:** | **Filing Deadline: 7 days before the confirmation hearing date.** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. Effective February 1, 2019, the Electronic Proof of Claim (ePOC) filing program is available on the court's website for all users to file a Proof of Claim, Amended Proof of Claim, Withdrawal of Claim, and Supplement to a Claim. A login/password is **not** required to use ePOC. Parties not represented by an attorney and registered CM/ECF filers may use this service. Access and instructions for ePOC filing are available in the ECF and Case Info section of the court website at www.ohnb.uscourts.gov. Parties who would like to file a Proof of Claim manually may obtain a Proof of Claim form (Official Form B410) from the Forms page of the United States Court's website at www.uscourts.gov, or at any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |

| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**11/19/26 at 09:30 AM** , Location: **US Bankruptcy Court, 405 Madison Ave, Courtroom #2, Rm 621, Toledo, OH 43604** |
|---|---|
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. |