United States Bankruptcy Court
Northern District of Ohio

In re:                                                                                    Case No. 26-31835-jpg

Adam Lavigne                                                                              Chapter 13

Brittanie Lavigne

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0647-3                          User: mknei                                 Page 1 of 3

Date Rcvd: Aug 06, 2026                       Form ID: pdf700                             Total Noticed: 42

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Adam Lavigne, Brittanie Lavigne, 673 Sandstone Dr, Perrysburg, OH 43551-2088 |
| 28632209 | + | City of Perrysburg, 211 E Boundary St, Perrysburg, OH 43551-2758 |
| 28632216 | + | Meijer Mastercard, PO Box 6069, Carol Stream, IL 60197-6069 |
| 28632219 | | Ohio Treasurer of State, P.O. Box 165009, Columbus, OH 43216-5009 |
| 28632220 | + | Perrysburg City Income Tax Commissioner, 201 W Indiana Ave, Perrysburg, OH 43551-1525 |
| 28632221 | + | Precision Orthodontics, 13022 Pearl Rd, Strongsville, OH 44136-3446 |
| 28632234 | | UCB Intelligent Solutions, PO Box 1280, Oaks, PA 19456-1280 |
| 28632237 | + | Wood County Common Pleas, 1 Courthouse Square, Bowling Green, OH 43402-2427 |
| 28632238 | | zip inc, ATTN: Arbitration Demand, Legal Operatio, 228 Park Ave S, Superior, MT 59872 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 28632198 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 06 2026 21:51:16 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 28632199 | ^ | MEBN | Aug 06 2026 21:40:25 | Afterpay, Attn Legal Afterpay us services llc, 1955 Broadway Suite 204, Oakland, CA 94612-2205 |
| 28632200 | ^ | MEBN | Aug 06 2026 21:41:17 | Athletico LTD, PO BOX 74007003, Chicago, IL 60674-7003 |
| 28632201 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 06 2026 21:50:56 | Best Buy/Cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 28632206 | | Email/Text: BKBCNMAIL@carringtonms.com | Aug 06 2026 21:48:00 | Carngtn Mtg, 15 Enterprise St, Aliso Viejo, CA 92656 |
| 28632207 | + | Email/Text: bankruptcynotices@cbecompanies.com | Aug 06 2026 21:49:00 | CBE Group, 131 Tower Park Dri P.O. Box 900, Waterloo, IA 50704-0900 |
| 28632210 | | Email/Text: bankruptcyColumbia@nisource.com | Aug 06 2026 21:48:00 | Columbia Gas, PO Box 4629 Carol Stream, Carol Stream, IL 60197 |
| 28632202 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 06 2026 21:50:54 | Cap1/Kohls, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 28632203 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 06 2026 21:51:04 | Cap1/Mnrds, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 28632204 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 06 2026 21:51:15 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 28632205 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 06 2026 21:51:15 | Capital One Bank Usa, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 28632208 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 06 2026 21:50:56 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 28632211 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

| ID | | Method / Email | Date/Time | Name / Address |
|---|---|---|---|---|
| | | | Aug 06 2026 21:50:54 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 28632213 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 06 2026 21:49:00 | Deptednelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 28632214 | + | Email/Text: EBN@edfinancial.com | Aug 06 2026 21:48:00 | Edfinancial, P.O. Box 30159, Knoxville, TN 37930-0159 |
| 28632215 | | Email/Text: info@meadeandassociates.com | Aug 06 2026 21:48:00 | Meade & Associates, 737 Enterprise Dr, Lewis Center, OH 43035 |
| 28632217 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 06 2026 21:51:04 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 28632218 | | Email/Text: cory@montgomerylynch.com | Aug 06 2026 21:49:00 | Montgomery Lynch & Associates Inc, P.O. Box 22720, Beachwood, OH 44122-0720 |
| 28632222 | + | Email/Text: customerservicecalls@promedica.org | Aug 06 2026 21:49:00 | Promedica, Attn: Bankruptcy Noticing, 2142 N. Cove Blvd, Toledo, OH 43606-3895 |
| 28632229 | | Email/Text: bankruptcy@sunbit.com | Aug 06 2026 21:48:00 | Tab/Sunbit, 10940 Wilshire Blvd, Los Angeles, CA 90024 |
| 28632223 | ^ | MEBN | Aug 06 2026 21:40:28 | Scheer, Green and Burke, Co. L.P.A., 520 Madison Avenue, P.O. Box 1335, Toledo, OH 43603-1335 |
| 28632224 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 06 2026 21:51:15 | Syncb/Car Care Disc Ti, Po Box 71757, Philadelphia, PA 19176-1757 |
| 28632225 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 06 2026 21:50:54 | Syncb/Carecr, Po Box 71757, Philadelphia, PA 19176-1757 |
| 28632226 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 06 2026 21:51:03 | Syncb/Furn, Po Box 71757, Philadelphia, PA 19176-1757 |
| 28632227 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 06 2026 21:50:54 | Syncb/Lowes, Po Box 71746, Philadelphia, PA 19176-1746 |
| 28632228 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 06 2026 21:51:05 | Syncb/Vrzn, Po Box 71746, Philadelphia, PA 19176-1746 |
| 28632230 | + | Email/Text: bncmail@w-legal.com | Aug 06 2026 21:49:00 | Td Bank Usa/Targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 28632231 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 06 2026 21:51:17 | Thd/Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 28632232 | + | Email/Text: pdawson@toledoclinic.com | Aug 06 2026 21:49:00 | The Toledo Clinic, 4235 Secor Road, Toledo, OH 43623-4299 |
| 28632233 | + | Email/Text: bankruptcy@firstenergycorp.com | Aug 06 2026 21:49:00 | Toledo Edison, 76 S. Main Street, Akron, OH 44308-1817 |
| 28632235 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 06 2026 21:48:00 | Verizon Wireless, ATTN: Bankruptcy Adminstration, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 28632236 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Aug 06 2026 21:51:04 | Wfbna Auto, Po Box 71092, Charlotte, NC 28272-1092 |
| 28632212 | + | Email/Text: cscbk@creditservicecompany.com | Aug 06 2026 21:49:00 | credit service company, PO Box 1120, Colorado Springs, CO 80901-1120 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2026　　　　　　　　　Signature:　　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adrienne Marie Hines | on behalf of Debtor Brittanie Lavigne tayloru@ohattorneys.com adrienneh@ohattorneys.com;4168@notices.nextchapterbk.com;tayloru@ohattorneys.com |
| Adrienne Marie Hines | on behalf of Debtor Adam Lavigne tayloru@ohattorneys.com adrienneh@ohattorneys.com;4168@notices.nextchapterbk.com;tayloru@ohattorneys.com |
| Elizabeth A. Vaughan | 13ECFNotices@chapter13toledo.com  trusteeOHNB5T@ecf.epiqsystems.com |

TOTAL: 3

Fill in this information to identify your case:

Debtor 1 ___Adam___Lavigne___

Debtor 2 ___Brittanie___Lavigne___
(Spouse, if filing)

United States Bankruptcy Court for the _Northern District of Ohio_

Case number _26-31835_

☐ Check if this is an amended plan, and list below the sections of the plan that have been changed

_____

Official Form 113

# Chapter 13 Plan

12/17

| To Debtor(s): | This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable. |

_In the following notice to creditors, you must check each box that applies._

| To Creditor(s): | **Your rights are affected by this plan. Your claim may be reduced, modified, or eliminated.** If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you may need to file a timely proof of claim in order to be paid under any plan. |

The following matters may be of particular importance. **Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in partial payment or no payment to the secured creditor. | ☐ Included | ☑ **Not included** |
|-----|---|---|---|
| 1.2 | **Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4.** | ☐ Included | ☑ **Not included** |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☐ Included | ☑ **Not included** |

2.1    **Debtor(s) will make payments to the trustee as follows**:

$1,097.27 per month for 60 months.

If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

2.2    **Regular payments to the trustee will be made from future income in the following manner:**

_Check all that apply._

☐ Debtor(s) will make payments pursuant to a payroll deduction order.

☑ Debtor(s) will make payments directly to the trustee.

☐ Other (specify method of payment): _____ .

2.3    **Income tax refunds.**

*Check one*

    ☑ Debtor(s) will retain any income tax refunds received during the plan term.

    ☐ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all income tax refunds received during the plan term.

    ☐ Debtor(s) will treat income tax refunds as follows:
_____

**2.4    Additional payments.**

*Check one:*

    ☑ None. *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

    ☐ Debtor(s) will make additional payment(s) to the trustee specified below. Describe the source, estimated amount, and date of each payment.
_____

**2.5    The total amount of estimated payments to the trustee provided for in §§ 2.1 and 2.4 is  <u>$65,836.22</u>.**

---

### Part 3:    Treatment of Secured Claims

**3.1    Maintenance of payments and cure of default, if any.**

    *Check One.*

☐ **None.** If "None" is checked, the rest of § 3.1 need not be completed or reproduced.

☑ The debtor(s) will maintain the current contractual installment payments on the secured claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be disbursed either by the trustee or directly by the debtor(s), as specified below. Any existing arrearage on a listed claim will be paid in full through disbursements by the trustee, with interest, if any, at the rate stated. Unless otherwise ordered by the court, the amounts listed on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) control over any contrary amounts listed below as to the current installment payment and arrearage. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling. If relief from the automatic stay is ordered as to any item of collateral listed in this paragraph, then, unless otherwise ordered by the court, all payments under this paragraph as to that collateral will cease, and all secured claims based on that collateral will no longer be treated by the plan. The final column includes only payments disbursed by the trustee rather than by the debtor(s).

| Name of creditor | Collateral | Current installment payment (including escrow) | Amount of arrearage (if any) | Interest rate on arrearage (if applicable) | Monthly plan payment on arrearage | Estimated total payments by trustee |
|---|---|---|---|---|---|---|
| Carngtn Mtg | 673 Sandstone Dr | $1,865.84<br>☐ Trustee<br>☑ Debtor | $0.00 | 3.375% | $0.00 | $0.00 |
| Wfbna Auto | 2021 Honda Accord | $461.80<br>☐ Trustee<br>☑ Debtor | $0.00 | 9.990% | $0.00 | $0.00 |

**3.2    Request for valuation of security, payment of fully secured claims, and modification of under secured claims.** *Check one.*

☑ **None.** If "None" is checked, the rest of § 3.2 need not be completed or reproduced.

**3.3    Secured claims excluded from 11 U.S.C. § 506.**

    *Check One.*

☑ **None.** If "None" is checked, the rest of § 3.3 need not be completed or reproduced.

**3.4    Lien avoidance.**

    *Check One.*

☑ **None.** If "None" is checked, the rest of § 3.4 need not be completed or reproduced.

**3.5    Surrender of Collateral.**

    *Check One.*

☑ **None.** If "None" is checked, the rest of § 3.5 need not be completed or reproduced.

---

### Part 4:    Treatment of Fees and Priority Claims

### 4.1 General

Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

### 4.2 Trustee's fees

Trustee's fees are governed by statute and may change during the course of the case but are estimated to be 10.00% of plan payments; and during the plan term, they are estimated to total $5,985.11.

### 4.3 Attorney's Fees

The balance of the fees owed to the attorney for the debtor(s) is estimated to be $935.00.

### 4.4 Priority claims other than attorney's fees and those treated in § 4.5.

*Check one.*

☐ **None.** If "None" is checked, the rest of § 4.4 need not be completed or reproduced.

☑ The debtor(s) estimate the total amount of other priority claims to be $4,011.10.

### 4.5 Domestic support obligations assigned or owed to a governmental unit and paid less than full amount.

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

[o] The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim under 11 U.S.C. § 1322(a)(4). *This plan provision requires that payments in § 2.1 be for a term of 60 months; see* 11 U.S.C. § 1322(a)(4).

| Name of Creditor | Estimated amount of Claim to be paid |
|---|---|
| | $ |

---

| **Part 5:** | Treatment of Nonpriority Unsecured Claims |
|---|---|

### 5.1 Nonpriority unsecured claims not separately classified.

Allowed nonpriority unsecured claims that are not separately classified will be paid pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*

☐ The sum of $54,905.01.

☑ 100.00% of the total amount of these claims, an estimated payment of $54,905.01.

☐ The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $0.00. Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

### 5.2 Maintenance of payments and cure of any default on nonpriority unsecured claims. *Check one.*

☑ **None.** If "None" is checked, the rest of § 5.2 need not be completed or reproduced.

### 5.3 Separately classified nonpriority unsecured claims. *Check one.*

☐ **None.** If "None" is checked, the rest of § 5.3 need not be completed or reproduced.

☑ Nonpriority unsecured claims listed below are separately classified and treated as follows:

| Name of Creditor | Basis for separate classification and treatment | Amount to be paid on the claim | Interest rate (if applicable) |
|---|---|---|---|
| Deptednelnet | to be paid outside the plan by debtors | | |
| Edfinancial | to be paid outside the plan by debtors | | |

---

| **Part 6:** | Executory Contracts and Unexpired Leases |
|---|---|

### 6.1 The executory contracts and unexpired leases listed below are assumed and treated as specified. All other executory contracts and unexpired leases are rejected. *Check one.*

☑ **None.** If "None" is checked, the rest of § 6.1 need not be completed or reproduced.

## Part 7: Vesting of Property of the Estate

**7.1** Property of the estate will vest in the debtor(s) upon discharge or closing of the case, whichever occurs earlier, unless an alternative vesting date is selected below. *Check the applicable box to select an alternative vesting date:*

☑ plan confirmation.

☐ entry of discharge.

☐ other: _____

## Part 8: Nonstandard Plan Provisions

### 8.1 Check "None" or List Nonstandard Plan Provisions

☑ None. *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

*Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.*

***These plan provisions will be effective only if the applicable box in § 1.3 is checked.***

_____

## Part 9: Signatures

### 9.1 Signatures of Debtor(s) and Debtor(s)' Attorney

If the Debtor(s) do not have an attorney, the Debtor(s) must sign below; otherwise the Debtor(s) signatures are optional. The attorney for the Debtor(s), if any, must sign below.

| | |
|---|---|
| /s/ Adam Lavigne | /s/ Brittanie Lavigne |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on: 08/04/2026 | Executed on: 08/04/2026 |

| | |
|---|---|
| /s/ Adrienne Hines | Executed on: 08/04/2026 |
| Signaure of Attorney for Debtor(s) | |

**Signature(s) of Debtor(s)**

By filing this document, the Debtor(s), if not represented by an attorney, or the Attorney for Debtor(s) also certify(ies) that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Official Form 113, other than any nonstandard provisions included in Part 8.

### Exhibit: Total Amount of Estimated Trustee Payments

The following are the estimated payments that the plan requires the trustee to disburse. If there is any difference between the amounts set out below and the actual plan terms, the plan terms control.

a. Maintenance and cure payments on secured claims (Part 3, Section 3.1 total)     $0.00

b. Modified secured claims (Part 3, Section 3.2 total)     $0.00

c. Secured claims excluded from 11 U.S.C. § 506 (Part 3, Section 3.3 total)     $0.00

d. Judicial liens or security interests partially avoided (Part 3, Section 3.4 total)     $0.00

e. Fees and priority claims (Part 4 total)     $10,931.21

f. Nonpriority unsecured claims (Part 5, Section 5.1, highest stated amount)     $54,905.01

g. Maintenance and cure payments on unsecured claims (Part 5, Section 5.2 total)     $0.00

h. Separately classified unsecured claims (Part 5, Section 5.3 total)     $0.00

i. Trustee payments on executory contracts and unexpired leases (Part 6, Section 6.1 total)     $0.00

j. Nonstandard payments (Part 8, total)     $0.00

    Total of lines a through j     $65,836.22


to be paid outside the plan by debtors