**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



_John P. Gustafson_
_United States Bankruptcy Judge_

**Dated:  August 10 2026**

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re:  Adam Lavigne | * | Case No.  26-31835 G |
|        Brittanie Lavigne | | |
| | * | Judge John P. Gustafson |
| Debtors | * | Chapter 13 |

### ORDER

On motion of the Trustee good cause being shown, and it appearing from the Debtors' schedules that the Debtors have an interest in and to certain real estate known as:

**673 Sandstone Dr., Perrysburg, OH 43551**

which is subject to the jurisdiction of this Court, it is,

**ORDERED** that Adam Lavigne and Brittanie Lavigne be, and they hereby are enjoined from encumbering, selling, transferring, or otherwise disposing of their interest therein without first obtaining leave of this Court.