**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**TOLEDO DIVISION**

| | |
|---|---|
| IN RE:<br><br>ADAM LAVIGNE<br>BRITTANIE LAVIGNE FKA<br>BRITTANIE SILER<br><br>Debtor(s) | Case No. 26-31835-jpg<br><br>Chapter 13<br><br>Judge John P. Gustafson |

## NOTICE OF APPEARANCE

Now comes Martha R. Spaner, an attorney admitted to practice in the Northern District of Ohio at Toledo, and appears on behalf of Carrington Mortgage Services, LLC in the above captioned proceedings.

Submitted by:

/s/Martha R. Spaner

Martha R. Spaner (0074971)
Attorney for Creditor
Reisenfeld & Associates LLC
3962 Red Bank Road
Cincinnati, OH 45227
voice: 1-513-322-7000
facsimile: 513-322-7099
e-mail: ohbk@rslegal.com

## CERTIFICATE OF SERVICE

I certify that on the 12th day of August, 2026, a copy of Carrington Mortgage Services, LLC 's Notice of Appearance was served:

Via the Court's electronic case filing system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

**Via ECF Mail:**

Adrienne Marie Hines, Debtor's Counsel
tayloru@ohattorneys.com

Elizabeth A. Vaughan, Bankruptcy Trustee
13ECFNotices@chapter13toledo.com

U.S. Trustee
(Registered address)@usdoj.gov

**Via Regular U.S. Mail, postage prepaid on:**

Brittanie Lavigne fka Brittanie Siler, Debtor
673 Sandstone Dr
Perrysburg, OH 43551

Adam Lavigne, Debtor
673 Sandstone Dr
Perrysburg, OH 43551

/s/Martha R. Spaner
Martha R. Spaner, Esq.