United States Bankruptcy Court
Northern District of Ohio

In re:
Adam Lavigne
Brittanie Lavigne
Debtors

Case No. 26-31835-jpg
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0647-3 | User: mknei | Page 1 of 1
Date Rcvd: Aug 10, 2026 | Form ID: pdf757 | Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db/db | + | Adam Lavigne, Brittanie Lavigne, 673 Sandstone Dr, Perrysburg, OH 43551-2088 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Adrienne Marie Hines | on behalf of Debtor Adam Lavigne tayloru@ohattorneys.com adrienneh@ohattorneys.com;4168@notices.nextchapterbk.com;tayloru@ohattorneys.com |
| Adrienne Marie Hines | on behalf of Debtor Brittanie Lavigne tayloru@ohattorneys.com adrienneh@ohattorneys.com;4168@notices.nextchapterbk.com;tayloru@ohattorneys.com |
| Elizabeth A. Vaughan | 13ECFNotices@chapter13toledo.com trusteeOHNB5T@ecf.epiqsystems.com |

TOTAL: 3

**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**

John P. Gustafson
United States Bankruptcy Judge

**Dated: August 10 2026**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **In Re: Adam Lavigne**<br>**Brittanie Lavigne** | * | **Case No. 26-31835 G** |
| | * | **Judge John P. Gustafson** |
| **Debtors** | * | **Chapter 13** |

**ORDER**

On motion of the Trustee, good cause being shown, and it appearing from the Debtors' schedules that the Debtors' have an interest in and to the following personal property:

**2017 Chrysler Pacifica:** **$5,000.00**

which is subject to the jurisdiction of this Court, it is

**ORDERED** that Adam Lavigne and Brittanie Lavigne be, and they hereby are, enjoined from encumbering, selling, transferring, or otherwise disposing of their interest therein without first obtaining leave of this Court.