Northern District Of Ohio
United States Bankruptcy Court
405 Madison Ave Room 604
Toledo, OH 43604

**Case No. 26−31835−jpg**

**In re:**

Adam Lavigne
673 Sandstone Dr
Perrysburg, OH 43551

Brittanie Lavigne
**Aka** −Brittanie Siler
673 Sandstone Dr
Perrysburg, OH 43551

**Social Security No.:**

xxx−xx−6674

xxx−xx−6309

## NOTICE OF APPLICATION FOR COMPENSATION

Adrienne M Hines, Attorney for Debtors filed an application with the Court requesting approval of payment of fees in the amount of $ 935.00 and expenses in the amount of $ 0.00.

If you do not want the Court to allow the fees and expenses requested, or if you otherwise want the Court to consider your views on the Application, then on or before September 3, 2026 you or your attorney must file with the court a written response and request for hearing at:

United States Bankruptcy Court
405 Madison Ave Room 604
Toledo, OH 43604

If you mail your request/response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must also mail a copy to:

**Trustee**
Elizabeth A. Vaughan
Standing Ch 13 Trustee N. District of OH
501 Toledo Building
316 N. Michigan Street
Ste 501
Toledo, OH 43604

**Attorney for Debtor:**
Adrienne Marie Hines
Wisehart, Wright Co LPA
502 West Washington
Sandusky, OH 44870

**Movant**
Attorney for Debtors

If you or your attorney do not take these steps, the Court may allow the fees and expenses sought in the Application and may enter an order granting that relief without further notice or hearing.

**Dated:** August 13, 2026
Form ohnb264

For the Court
Josiah C. Sell, Clerk