United States Bankruptcy Court
Northern District of Ohio

In re: Case No. 26-31835-jpg
Adam Lavigne Chapter 13
Brittanie Lavigne
Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0647-3 | User: mknei | Page 1 of 3 |
| Date Rcvd: Aug 13, 2026 | Form ID: 264 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Adam Lavigne, Brittanie Lavigne, 673 Sandstone Dr, Perrysburg, OH 43551-2088 |
| 28632209 | + | City of Perrysburg, 211 E Boundary St, Perrysburg, OH 43551-2758 |
| 28632216 | + | Meijer Mastercard, PO Box 6069, Carol Stream, IL 60197-6069 |
| 28632219 | | Ohio Treasurer of State, P.O. Box 165009, Columbus, OH 43216-5009 |
| 28632220 | + | Perrysburg City Income Tax Commissioner, 201 W Indiana Ave, Perrysburg, OH 43551-1525 |
| 28632221 | + | Precision Orthodontics, 13022 Pearl Rd, Strongsville, OH 44136-3446 |
| 28632234 | | UCB Intelligent Solutions, PO Box 1280, Oaks, PA 19456-1280 |
| 28632237 | + | Wood County Common Pleas, 1 Courthouse Square, Bowling Green, OH 43402-2427 |
| 28632238 | | zip inc, ATTN: Arbitration Demand, Legal Operatio, 228 Park Ave S, Superior, MT 59872 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 28632198 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 13 2026 21:49:45 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 28632199 | ^ | MEBN | Aug 13 2026 21:33:15 | Afterpay, Attn Legal Afterpay us services llc, 1955 Broadway Suite 204, Oakland, CA 94612-2205 |
| 28632200 | ^ | MEBN | Aug 13 2026 21:34:03 | Athletico LTD, PO BOX 74007003, Chicago, IL 60674-7003 |
| 28632201 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2026 21:49:33 | Best Buy/Cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 28632206 | | Email/Text: BKBCNMAIL@carringtonms.com | Aug 13 2026 21:34:00 | Carngtn Mtg, 15 Enterprise St, Aliso Viejo, CA 92656 |
| 28632207 | + | Email/Text: bankruptcynotices@cbecompanies.com | Aug 13 2026 21:36:00 | CBE Group, 131 Tower Park Dri P.O. Box 900, Waterloo, IA 50704-0900 |
| 28632210 | | Email/Text: bankruptcyColumbia@nisource.com | Aug 13 2026 21:34:00 | Columbia Gas, PO Box 4629 Carol Stream, Carol Stream, IL 60197 |
| 28632202 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 13 2026 21:49:29 | Cap1/Kohls, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 28632203 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 13 2026 21:49:43 | Cap1/Mnrds, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 28632204 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 13 2026 21:49:17 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 28632205 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 13 2026 21:49:43 | Capital One Bank Usa, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 28632208 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2026 21:49:21 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 28632211 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

| | | | |
|---|---|---|---|
| | | Aug 13 2026 21:49:30 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 28632213 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 13 2026 21:35:00 | Deptednelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 28632214 | + Email/Text: EBN@edfinancial.com | Aug 13 2026 21:34:00 | Edfinancial, P.O. Box 30159, Knoxville, TN 37930-0159 |
| 28632215 | Email/Text: info@meadeandassociates.com | Aug 13 2026 21:34:00 | Meade & Associates, 737 Enterprise Dr, Lewis Center, OH 43035 |
| 28632217 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 13 2026 21:49:17 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 28632218 | Email/Text: cory@montgomerylynch.com | Aug 13 2026 21:35:00 | Montgomery Lynch & Associates Inc, P.O. Box 22720, Beachwood, OH 44122-0720 |
| 28632222 | + Email/Text: customerservicecalls@promedica.org | Aug 13 2026 21:35:00 | Promedica, Attn: Bankruptcy Noticing, 2142 N. Cove Blvd, Toledo, OH 43606-3895 |
| 28632229 | Email/Text: bankruptcy@sunbit.com | Aug 13 2026 21:34:00 | Tab/Sunbit, 10940 Wilshire Blvd, Los Angeles, CA 90024 |
| 28632223 | ^ MEBN | Aug 13 2026 21:34:54 | Scheer, Green and Burke, Co. L.P.A., 520 Madison Avenue, P.O. Box 1335, Toledo, OH 43603-1335 |
| 28632224 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 13 2026 21:49:17 | Syncb/Car Care Disc Ti, Po Box 71757, Philadelphia, PA 19176-1757 |
| 28632225 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 13 2026 21:49:27 | Syncb/Carecr, Po Box 71757, Philadelphia, PA 19176-1757 |
| 28632226 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 13 2026 21:49:27 | Syncb/Furn, Po Box 71757, Philadelphia, PA 19176-1757 |
| 28632227 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 13 2026 21:49:27 | Syncb/Lowes, Po Box 71746, Philadelphia, PA 19176-1746 |
| 28632228 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 13 2026 21:49:42 | Syncb/Vrzn, Po Box 71746, Philadelphia, PA 19176-1746 |
| 28632230 | + Email/Text: bncmail@w-legal.com | Aug 13 2026 21:35:00 | Td Bank Usa/Targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 28632231 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2026 21:49:21 | Thd/Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 28632232 | + Email/Text: pdawson@toledoclinic.com | Aug 13 2026 21:35:00 | The Toledo Clinic, 4235 Secor Road, Toledo, OH 43623-4299 |
| 28632233 | + Email/Text: bankruptcy@firstenergycorp.com | Aug 13 2026 21:35:00 | Toledo Edison, 76 S. Main Street, Akron, OH 44308-1817 |
| 28632235 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 13 2026 21:34:00 | Verizon Wireless, ATTN: Bankruptcy Adminstration, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 28632236 | + Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Aug 13 2026 21:49:28 | Wfbna Auto, Po Box 71092, Charlotte, NC 28272-1092 |
| 28632212 | + Email/Text: cscbk@creditservicecompany.com | Aug 13 2026 21:35:00 | credit service company, PO Box 1120, Colorado Springs, CO 80901-1120 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CARRINGTON MORTGAGE SERVICES, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adrienne Marie Hines | on behalf of Debtor Adam Lavigne tayloru@ohattorneys.com adrienneh@ohattorneys.com;4168@notices.nextchapterbk.com;tayloru@ohattorneys.com |
| Adrienne Marie Hines | on behalf of Debtor Brittanie Lavigne tayloru@ohattorneys.com adrienneh@ohattorneys.com;4168@notices.nextchapterbk.com;tayloru@ohattorneys.com |
| Elizabeth A. Vaughan | 13ECFNotices@chapter13toledo.com trusteeOHNB5T@ecf.epiqsystems.com |
| Martha R. Spaner | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC ohbk@rslegal.com, rsbkecfbackup@gmail.com;reisenfeld@ecf.inforuptcy.com |

TOTAL: 4

Northern District Of Ohio
United States Bankruptcy Court
405 Madison Ave Room 604
Toledo, OH 43604

**Case No. 26−31835−jpg**

**In re:**

Adam Lavigne
673 Sandstone Dr
Perrysburg, OH 43551

Brittanie Lavigne
**Aka −**Brittanie Siler
673 Sandstone Dr
Perrysburg, OH 43551

**Social Security No.:**

xxx−xx−6674

xxx−xx−6309

## NOTICE OF APPLICATION FOR COMPENSATION

Adrienne M Hines, Attorney for Debtors filed an application with the Court requesting approval of payment of fees in the amount of $ 935.00 and expenses in the amount of $ 0.00.

If you do not want the Court to allow the fees and expenses requested, or if you otherwise want the Court to consider your views on the Application, then on or before September 3, 2026 you or your attorney must file with the court a written response and request for hearing at:

United States Bankruptcy Court
405 Madison Ave Room 604
Toledo, OH 43604

If you mail your request/response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must also mail a copy to:

**Trustee**
Elizabeth A. Vaughan
Standing Ch 13 Trustee N. District of OH
501 Toledo Building
316 N. Michigan Street
Ste 501
Toledo, OH 43604

**Attorney for Debtor:**
Adrienne Marie Hines
Wisehart, Wright Co LPA
502 West Washington
Sandusky, OH 44870

**Movant**
Attorney for Debtors

If you or your attorney do not take these steps, the Court may allow the fees and expenses sought in the Application and may enter an order granting that relief without further notice or hearing.

**Dated:** August 13, 2026
Form ohnb264

For the Court
Josiah C. Sell, Clerk